**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| Litigation Trustee of the Idearc Inc. *et al.* | ) | |
| Litigation Trust, | ) | |
| | ) | CIVIL ACTION NO. |
| *Plaintiff*, | ) | |
| | ) | 3:10-CV-1842-G |
| v. | ) | |
| | ) | **ECF** |
| VERIZON COMMUNICATIONS INC., | ) | |
| VERIZON FINANCIAL SERVICES, LLC, GTE | ) | |
| CORPORATION and JOHN W. DIERCKSEN, | ) | |
| | ) | |
| *Defendants*. | ) | |

**DECLARATION OF PHILIP D. ANKER IN SUPPORT OF DEFENDANTS VERIZON
COMMUNICATIONS INC., VERIZON FINANCIAL SERVICES LLC, GTE
CORPORATION, AND JOHN W. DIERCKSEN'S SUPPLEMENTAL PARTIAL
MOTION TO DISMISS AND BRIEF IN SUPPORT**

1.      My name is Philip D. Anker.  I am more than 21 years old, and I have never been

convicted of a felony or of any crime involving moral turpitude.  I am fully competent to make this

declaration.

2.      I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  I am

also one of the lawyers in the above-styled lawsuit representing Defendants Verizon

Communications Inc., Verizon Financial Services LLC, GTE Corporation, and John W. Diercksen.

3.      Attached to the Appendix in Support of Defendants Verizon Communications Inc.,

Verizon Financial Services LLC, GTE Corporation, and John W. Diercksen's Supplemental Partial

Motion to Dismiss and Brief in Support ("Appendix") as Exhibit 1 is a true and correct copy of the November 17, 2006 Credit Agreement, Exhibit 10.11 to Idearc, Inc. Form 8-K, Filed Nov. 21, 2006, retrieved from http://www.sec.gov/edgar.shtml.

4.      Attached to the Appendix as Exhibit 2 is a true and correct copy of the November 1, 2006 Amendment No. 6 to Idearc, Inc. Form 10, retrieved from http://www.sec.gov/edgar.shtml.

5.      Attached to the Appendix as Exhibit 3 is a true and correct copy of Idearc Inc.'s First Amended Joint Chapter 11 Plan of Reorganization of Idearc, Inc., et al., Debtors (As Modified), Case No. 09-31828, Dkt. No. 1638 (Bankr. N.D. Tex. Dec. 21, 2009).

6.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on the 27th day of February, 2012.

_/s/ Philip D. Anker_____
Philip D. Anker