UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, Litigation Trustee of the Idearc Inc. *et al.* Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>3:10-CV-1842-G |

**APPENDIX TO PLAINTIFF'S RESPONSE AND BRIEF IN OPPOSITION TO DEFENDANTS VERIZON COMMUNICATIONS INC., VERIZON FINANCIAL SERVICES LLC, GTE CORPORATION, AND JOHN W. DIERCKSEN'S SUPPLEMENTAL PARTIAL MOTION TO DISMISS AMENDED COMPLAINT**

U. S. Bank National Association, Litigation Trustee of the Idearc, Inc., *et al.* Litigation Trust files this appendix containing the following documents in support of its Response and Brief in Opposition to Defendants Verizon Communications Inc., Verizon Financial Services LLC, GTE Corporation, and John W. Diercksen's Supplemental Partial Motion to Dismiss the Amended Complaint.

| EXHIBIT | APP. RANGE | DOCUMENT DESCRIPTION |
|---|---|---|
| 1 | 001 | Declaration of Patrick D. Keating |
| 2 | 002-138 | Credit Agreement dated as of November 17, 2006 (produced at VZNIDEARC-00204781 – 917) |
| 3 | 139-188 | Guarantee and Collateral Agreement dated as of November 17, 2006 (produced at VZNIDEARC-00204918 – 967) |

APPENDIX TO PLAINTIFF'S RESPONSE AND BRIEF
IN OPPOSITION TO DEFENDANTS' SUPPLEMENTAL
PARTIAL MOTION TO DISMISS AMENDED COMPLAINT

1

Respectfully Submitted,

     /s/ Patrick D. Keating
Werner A. Powers
State Bar No. 16218800
Robin Phelan
State Bar No. 15903000
Patrick Keating
State Bar No. 00794074
David Taubenfeld
Texas Bar No. 19679450

HAYNES AND BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219-7673
Telephone:     (214) 651-5000
Telecopier:    (214) 651-5940

Nicholas A. Foley
Texas State Bar No. 07208620
Douglas J. Buncher
Texas State Bar No. 03342700
John D. Gaither
Texas State Bar No. 24055516

NELIGAN FOLEY LLP
325 N. St. Paul, Suite 3600
Dallas, TX 75201
Telephone:     (214) 840-5300
Fax:              (214) 840-5301

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION as Litigation Trustee on Behalf of the Idearc Inc. et al. Litigation Trust**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing instrument was served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on the 5th day of March, 2012.

                /s/ Patrick D. Keating
                Patrick D. Keating

D-2042285_4.DOC

APPENDIX TO PLAINTIFF'S RESPONSE AND BRIEF
IN OPPOSITION TO DEFENDANTS' SUPPLEMENTAL
PARTIAL MOTION TO DISMISS AMENDED COMPLAINT

3