IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, Litigation Trustee of the Idearc Inc., *et al.*, Litigation Trust, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| vs. | § § | 3:10-CV-1842-G |
| VERIZON COMMUNICATIONS INC., VERIZON FINANCIAL SERVICES, LLC, GTE CORPORATION and JOHN W. DIERCKSEN, | § § § § § § | ECF |
| Defendants. | § | |

**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendants Verizon Communications Inc., Verizon Financial Services LLC, GTE Corporation, and John W. Diercksen jointly submit this Notice of Non-Opposition to Plaintiff's Emergency Motion for Extension of Time to File Motion for Summary Judgment [Dkt. No. 324]. Defendants do not oppose Plaintiff's request for a limited extension of time to file their first summary judgment motion, even though Plaintiff itself requested a deadline of April 18, 2012 in its Emergency Motion and Brief to Level the Playing Field on Motions for Summary Judgment, and notwithstanding Plaintiff's failure to confer with the Verizon Defendants about the requested extension. However, Defendants respectfully request an extension of the Response deadline to May 21, 2012, which will provide Defendants with the same 28-day period to respond to Plaintiff's summary judgment motion that the Court provided Plaintiff to respond to Defendants' motion.

Dated:  April 20, 2012

| | |
|---|---|
| /s E. Leon Carter | /s T. Ray Guy |
| E. Leon Carter<br>Texas Bar No. 03914300<br>*lcarter@carterstafford.com*<br>J. Robert Arnett II<br>Texas Bar No. 01332900<br>*barnett@carterstafford.com*<br>CARTER STAFFORD ARNETT HAMADA &<br>  MOCKLER, PLLC<br>8150 N. Central Expressway, Suite 1950<br>Dallas, Texas 75206<br>Telephone:  (214) 550-8188<br>Facsimile:  (214) 550-8185<br><br>*Attorneys for Defendant*<br>*John W. Diercksen* | T. Ray Guy<br>Texas Bar No. 08648500<br>*ray.guy@weil.com*<br>WEIL, GOTSHAL & MANGES, LLP<br>200 Crescent Court, Suite 300<br>Dallas, Texas 75201<br>Telephone:  (214) 746-7700<br>Facsimile:  (214) 746-7777<br><br>Philip D. Anker (NY Bar No. 4345567)<br>Admitted *Pro Hac Vice*<br>*philip.anker@wilmerhale.com*<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>399 Park Avenue<br>New York, New York 10022<br>Telephone:  (212) 230-8800<br>Facsimile:  (212) 230-8888<br><br>Scott H. Angstreich<br>Admitted *Pro Hac Vice*<br>*sangstreich@khhte.com*<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone:  (202) 326-7900<br>Facsimile:  (202) 326-7999<br><br>*Attorneys for Defendants*<br>*Verizon Communications Inc.,*<br>*Verizon Financial Services LLC,*<br>*and GTE Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system pursuant to the Court's Local Rules this 20th day of April, 2012. All other counsel will be served by United States mail, certified mail/return receipt requested.

| | |
|---|---|
| Werner A. Powers | Nicholas A. Foley |
| *werner.powers@haynesboone.com* | *nfoley@neliganlaw.com* |
| Robin Phelan | Douglas J. Buncher |
| *robin.phelan@haynesboone.com* | *dbuncher@neliganlaw.com* |
| Patrick D. Keating | John D. Gaither |
| *patrick.keating@haynesboone.com* | *jgaither@neliganlaw.com* |
| HAYNES & BOONE, LLP | NELIGAN FOLEY, LLP |
| 2323 Victory Avenue, Suite 700 | 325 N. St. Paul, Suite 3600 |
| Dallas, Texas 75219 | Dallas, Texas 75201 |
| Telephone: (214) 651-5000 | Telephone: (214) 840-5300 |
| Facsimile: (214) 651-5940 | Facsimile: (214) 840-5301 |

/s T. Ray Guy
T. Ray Guy