UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, Litigation Trustee of the Idearc Inc. *et al.* Litigation Trust, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:10-CV-1842-G |
| VERIZON COMMUNICATIONS INC., *et al.*, | § § § § | **FILED UNDER SEAL** |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX IN SUPPORT OF PLAINTIFF'S MOTIONS TO STRIKE DEFENDANTS' SUMMARY JUDGMENT EVIDENCE AND BRIEF IN SUPPORT THEREOF**

Plaintiff files this Unopposed Motion for Leave to File a Supplemental Appendix (the "Supplemental Appendix") in Support of Its Motions to Strike Defendants' Summary Judgment Evidence and Brief in Support Thereof [Docs. 428 and 436].

Plaintiff respectfully requests leave to file the Supplemental Appendix attached hereto as Exhibit "1." *See, e.g.*, *Springs Indus., Inc. v. Am. Motorists Ins. Co.*, 137 F.R.D. 238, 240 (N.D. Tex. 1991). The documents in the Supplemental Appendix are offered in rebuttal to arguments raised by Defendants in their Joint Response to Plaintiff's Motions to Strike, including, but not limited to, Defendants' argument that Idearc's status as a Verizon subsidiary has been established in this case.

As evidenced by the Certificate of Conference attached to this Motion, Defendants do not oppose the relief requested herein.

Respectfully submitted,

    /s/ Werner A. Powers
Werner A. Powers
State Bar No. 16218800
Robin Phelan
State Bar No. 15903000
Patrick Keating
State Bar No. 00794074
David Taubenfeld
State Bar No. 19679450

HAYNES AND BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219-7673
Telephone:    (214) 651-5000
Telecopier:    (214) 651-5940


Nicholas A. Foley
State Bar No. 07208620
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516

NELIGAN FOLEY LLP
325 N. St. Paul, Suite 3600
Dallas, TX 75201
Telephone:    (214) 840-5300
Telecopier:    (214) 840-5301

ATTORNEYS FOR U.S. BANK
NATIONAL ASSOCIATION
as Litigation Trustee on Behalf of the
Idearc Inc. et al. Litigation Trust

**CERTIFICATE OF CONFERENCE**

The undersigned conferred with opposing counsel regarding the contents of this Motion on August 2, 2012. Opposing counsel indicated that Defendants do not oppose the Motion.

                                      */s/ Patrick Keating*
                                      Patrick Keating

**CERTIFICATE OF SERVICE**

On August 6, 2012, the undersigned electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The undersigned hereby certifies that all counsel and/or *pro se* parties of record have been electronically served in accordance with Federal Rule of Civil Procedure 5(b)(2).

                                      */s/ Werner A. Powers*
                                      Werner A. Powers

D-2085063_1.DOC