UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, Litigation Trustee of the Idearc Inc. et al. Litigation Trust, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-CV-1842-G |
| VERIZON COMMUNICATIONS INC., et al., | § § § | |
| Defendants. | § § | |

**PLAINTIFF'S SUPPLEMENT TO APPENDIX IN SUPPORT OF OMNIBUS RESPONSE AND BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff U.S. Bank National Association, Litigation Trustee of the Idearc Inc., *et al* Litigation Trust, files this Supplement to Appendix in Support of Omnibus Response and Brief in Opposition to Defendants' Motions for Summary Judgment, as follows:

| EXHIBIT | APP. RANGE | DOCUMENT DESCRIPTION |
|---|---|---|
| A | 1-2 | Declaration of Patrick Keating |
| A-1 | 3-9 | Excerpts from the certified Transcript of Motions Hearing Before the Honorable Renee Harris Toliver, dated July 11, 2011. |
| A-2 | 10-11 | E-mails exchanged between Werner Powers and Joe Garza between April 19, 2011 and April 20, 2011, subject "I need to see." |
| A-3 | 12 | E-mail from Werner Powers to Ray Guy, dated April 20, 2011, subject "Verizon's stock ownership in VDDC/Idearc, Inc." |
| A-4 | 13-14 | E-mail from Joe Garza to Werner Powers and Nick Foley, dated Sept. 22, 2011, attaching Verizon Directories Disposition Corporation stock certificate. |

PLAINTIFF'S SUPPLEMENT TO APPENDIX IN SUPPORT OF OMNIBUS
RESPONSE AND BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT

Page 1

Respectfully Submitted,


/s/ Patrick Keating
Werner A. Powers
State Bar No. 16218800
Robin Phelan
State Bar No. 15903000
Patrick Keating
State Bar No. 00794074
David Taubenfeld
State Bar No. 19679450

HAYNES AND BOONE LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219-7673
Telephone:     (214) 651-5000
Telecopier:    (214) 651-5940

Nicholas A. Foley
State Bar No. 07208620
Douglas J. Buncher
State Bar No. 03342700
John D. Gaither
State Bar No. 24055516

NELIGAN FOLEY LLP
325 N. St. Paul, Suite 3600
Dallas, TX 75201
Telephone:     (214) 840-5300
Fax:           (214) 840-5301

ATTORNEYS FOR U.S. BANK
NATIONAL ASSOCIATION
as Litigation Trustee on Behalf of the
Idearc Inc. et al. Litigation Trust

**PLAINTIFF'S SUPPLEMENT TO APPENDIX IN SUPPORT OF OMNIBUS
RESPONSE AND BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS FOR
<u>SUMMARY JUDGMENT</u>**

## <u>CERTIFICATE OF SERVICE</u>

On August 8th, 2012, the undersigned electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  The undersigned hereby certifies that all counsel and/or *pro se* parties of record have been electronically served in accordance with Federal Rule of Civil Procedure 5(b)(2).


*/s/ Patrick Keating*
Patrick Keating

D-2071725_5.DOC

**PLAINTIFF'S SUPPLEMENT TO APPENDIX IN SUPPORT OF OMNIBUS RESPONSE AND BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS FOR <u>SUMMARY JUDGMENT</u>**

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, Litigation Trustee of the Idearc Inc. *et al.* Litigation Trust,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., *et al.*,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:10-CV-1842-G |

## DECLARATION OF PATRICK KEATING

My name is Patrick Keating. I am more than 21 years old, have never been convicted of a felony or crime involving moral turpitude, and am fully competent to make this Declaration. All the facts contained herein are true and correct and within my personal knowledge.

I am an attorney with Haynes and Boone, LLP. I am also one of the lawyers representing the Plaintiff in the above-styled lawsuit. Attached to this Declaration are true and correct copies of the following documents:

| EXHIBIT | APP. RANGE | DOCUMENT DESCRIPTION |
|---|---|---|
| A-1 | 3-9 | Excerpts from the certified Transcript of Motions Hearing Before the Honorable Renee Harris Toliver, dated July 11, 2011. |
| A-2 | 10-11 | E-mails exchanged between Werner Powers and Joe Garza between April 19, 2011 and April 20, 2011, subject "I need to see." |
| A-3 | 12 | E-mail from Werner Powers to Ray Guy, dated April 20, 2011, subject "Verizon's stock ownership in VDDC/Idearc, Inc." |
| A-4 | 13-14 | E-mail from Joe Garza to Werner Powers and Nick Foley, dated Sept. 22, 2011, attaching Verizon Directories Disposition Corporation stock certificate. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of August, 2012.

_____
Patrick Keating

D-2071746_4.DOC

# EXHIBIT A-1

```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF TEXAS
 2                           DALLAS DIVISION

 3

 4   U.S. BANK NATIONAL ASSOCIATION,    )  CIVIL ACTION NUMBER
                                        )
 5           Plaintiff,                 )
                                        )
 6   VERSUS                             )  3:10-CV-1842-G
                                        )
 7   VERIZON COMMUNICATIONS INC.,       )
     VERIZON FINANCIAL SERVICES, LLC,   )
 8   GTE CORPORATION, and               )
     JOHN W. DIERCKSEN,                 )
 9                                      )
             Defendants.                )  July 11, 2011
10

11
                           VOLUME 1 of 1
12                  TRANSCRIPT OF MOTIONS HEARING
            BEFORE THE HONORABLE RENEE HARRIS TOLIVER
13               UNITED STATES MAGISTRATE JUDGE

14

15   For the Plaintiff:       WERNER A. POWERS
                              PATRICK E. KEATING
16                            DAVID R. TAUBENFELD
                              Haynes and Boone, LLP
17                            2323 Victory Avenue, Suite 700
                              Dallas, Texas 75219
18                            214-651-5581

19                            NICHOLAS A. FOLEY
                              Neligan Foley LLP
20                            325 N. St. Paul, Suite 3600
                              Dallas, TX  75201
21                            214-840-5300

22   For the Defendant:       T. RAY GUY
                              PAIGE HOLDEN MONTGOMERY
23                            JOHN B. STRASBURGER
                              Weil, Gotshal & Manges LLP
24                            200 Crescent Court, Suite 300
                              Dallas, Texas  75201
25                            214-746-8199
```

1 | Proceedings reported by electronic recording, transcript
produced by computer.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S:
 2             THE COURT:  We're here in cause number
 3  3:10-CV-1842-G, U. S. Bank National Association versus Verizon
 4  parties.  I hope that you don't care that I'm shortening that
 5  since that's how it was shortened in the response.
 6             And who is appearing for U.S. Bank?
 7             MR. POWERS:  Your Honor, Werner Powers, Haynes
 8  and Boone.  My partner, Patrick Keating, will be presenting
 9  argument today.
10             If I may also introduce my co-counsel, Nick
11  Foley, and my partner, David Taubenfeld.
12             THE COURT:  Very nice to meet you.
13             MR. GUY:  Your Honor, Ray Guy from Weil Gotshal
14  for the Verizon parties, the Defendants.  Speaking today in
15  addition to me will likely be Paige Montgomery, my associate,
16  and John Strasburger, my partner.
17             Also like to introduce to the Court Steve
18  Hartman, Associate General Counsel of Verizon who is here from
19  their Alexandria office.  And with respect to, Your Honor,
20  other people in the courtroom, my associate, Brenda Funk, Ben
21  Stewart, Casey Burton, Cheves Ligon, summer associate Vivian
22  Lee, and then the paralegals who are here for reasons I'll
23  explain to Your Honor, Liz Melson and Nancy Cade.
24             THE COURT:  Ms. Lee, I hope we don't run you
25  off.
```

1    Obviously we're here on two primary motions:

2    the motion to -- the reurging, which also would include the

3    original motion of the Motion to Compel Production of Documents

4    from Defendant and for Appointment of a Discovery Master, filed

5    by Plaintiff.  And we were to have a hearing on also the

6    Emergency Motion to Compel Production of Documents and

7    Privilege Log and to Stay the Deposition of Mr. Mundy, except

8    it's my understanding from reading the joint submission that

9    that's been taken care of; is that correct?

10    MR. POWERS:  Your Honor, it is moot at this

11    point.  That's been taken care of.  If the Court's calendar

12    permits, obviously coverage issues are paramount to us.

13    But if we have time at the end of the day, we

14    would like to maybe address housekeeping matters like length of

15    deposition and how to count depositions when you're taking

16    them, things like that, that might ease tensions between the

17    parties as we move forward in this case.

18    MR. GUY:  Your Honor, I don't believe those are

19    brought up today by the two motions that you referred to us for

20    consideration.  I don't know that we're prepared to address

21    those.  We will, if you ask us to talk about them, but we came

22    here understanding there was one issue remaining, and that's

23    the subject matter, their reurging motion.

24    THE COURT:  Okay.  We'll cross that bridge when

25    we get to it.  Right now the Docket Number 55, the Emergency

 1 | Motion to Compel Production of Documents Relating to Mr. Mundy
 2 | is denied as moot.  I think we can say terminated as moot.
 3 |          Okay.  Before we get started on the big motion,
 4 | let me ask you.  Is there any disagreement that -- and I know
 5 | I'm going to mispronounce every name here, so bear with me.
 6 | And, hopefully, after you've pronounced right for me, I'll know
 7 | how to.
 8 |          But is there any disagreement that Idearc was a
 9 | subsidiary of Verizon until the spinoff on November 17, 2006?
10 |          MR. POWERS:  Your Honor, very simple question,
11 | and, of course, I'm afraid I have a real complex answer.
12 |          We understand that Idearc itself was supposed to
13 | be a subsidiary of Verizon and certainly was treated as such.
14 | And the Form 2K has been filed, and all the papers have been
15 | filed with the Securities and Exchange Commission.  We have
16 | asked, but not seen actual peer certificate that would have
17 | been issued by Idearc in favor of Verizon to evidence Verizon's
18 | stock ownership prior to the spinoff.  We have not been able to
19 | find it.
20 |          I'm not in a position to contest that they're a
21 | subsidiary at this point.  In fact, from all outward
22 | appearances it appears they were.
23 |          THE COURT:  And, actually, as part of those
24 | declarations it would appear that as well, am I right?
25 |          MR. POWERS:  You are correct, Your Honor.

1            THE COURT:  All right.

2            MR. GUY:  Your Honor, as a matter of

3  technicality, I think Idearc was a shell corporation until the

4  merger, but it's clear that Verizon Information Services, which

5  became Verizon Data Directories Corporation, whatever, did, in

6  essence, become Idearc as a spun off former subsidiary.  So in

7  practical effect, I'm sure your answer is correct.

8            THE COURT:  Okay.  Let me tell you before we get

9  started some preliminary thoughts that I have about this, and

10  maybe that will direct you as far as how you want to present

11  things here today.

12            In light of the fact that there isn't a real

13  dispute about whether or not Idearc was a part of Verizon until

14  11-17-2006 or that Debevoise was representing Verizon, Verizon

15  companies, up until 11-17-2006 when Idearc became its own

16  entity.  My initial thought is that clearly there was some

17  joint representation by Debevoise of Idearc and Verizon.  And

18  initially my thoughts are that any communications, then, at

19  that point or up to that point between Debevoise, Verizon

20  in-house counsel, and Verizon or Idearc is not privileged as to

21  Idearc.

22            Okay.  And my thought is as to post-November

23  17th, 2006, communications, at that point there was a clear

24  demarcation, it seems to me, as far as the representation goes.

25  And I do believe that there's been sufficient information

```
1                    C E R T I F I C A T I O N

2          I, JANET E. WRIGHT, RPR/CSR, certify that the foregoing

3    is a transcript from the record of the proceedings in the

4    foregoing entitled matter.

5          I further certify that the transcript fees and format

6    comply with those prescribed by the Court and the Judicial

7    Conference of the United States.

8          This is the 14th day of July, 2011.

9

10

11                              _____
                                JANET E. WRIGHT, CSR, RPR
12                              Certified Shorthand Reporter
                                My CSR Expires on 12-31-11
13                              6611 Hillcrest Avenue
                                #257
14                              Dallas, Texas   75205
                                214/542-9735
15

16

17

18

19

20

21

22

23

24

25
```

# EXHIBIT A-2

**From:** Powers, Werner A.
**Sent:** Wednesday, April 20, 2011 6:20 PM
**To:** 'Garza, Joe'
**Subject:** RE: i need to see

Joe

I sent you a copy of the email that went to Ray as you suggested.

Are you sure that the stock registrar and transfer agent does not have this information? Computershare Trust was the registrar in the form 10s.

Thanks,

Werner

---

**From:** Garza, Joe [mailto:Joe.Garza@supermedia.com]
**Sent:** Wednesday, April 20, 2011 4:40 PM
**To:** Powers, Werner A.
**Subject:** RE: i need to see

I have now checked with everyone here and no one has this document. They all suggest you ask Verizon.
Joe

**Joe A. Garza, Jr. l Vice President - Associate
General Counsel - Head of Litigation l joe.garza@supermedia.com l SuperMedia LLC l
T.972.453.7160 l M.817.602.5815 l F.877.238.9014
Attorney Client Privileged- Attorney Work Product**

---

**From:** Powers, Werner A. [mailto:Werner.Powers@haynesboone.com]
**Sent:** Tuesday, April 19, 2011 4:58 PM
**To:** Garza, Joe
**Subject:** i need to see

the stock register for Idearc from June 1 to Novermber 16, 2006.

Werner

**haynes**boone

**Werner A. Powers**
Partner
werner.powers@haynesboone.com

**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

(t) 214.651.5581
(f) 214.200.0662

vCard | Bio | Website

CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by
U.S. Treasury Regulations, Haynes and Boone, LLP informs you that any
U.S. tax advice contained in this communication (including any
attachments) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.

8/2/2012

# EXHIBIT A-3

**From:** Powers, Werner A.

**Sent:** Wednesday, April 20, 2011 5:16 PM

**To:** Guy, Ray

**Cc:** 'Nick Foley'; Keating, Patrick D.; 'Garza, Joe'

**Subject:** Verizon's stock ownership in VDDC/Idearc, Inc

Dear Ray:

We cannot locate evidence of Verizon's stock ownership in Idearc. The Charter filed by Debevoise in June of 2006 provides for 200 shares of authorized stock--100 common and 100 preferred. We can find no evidence of this stock having been actually issued to or purchased by Verizon. However, the form 10s that were filed by Idearc suggest that on November 16 or 17 Idearc issued and transferred "additional shares" to Verizon which, when added to what had previously been issued to Verizon, comprised the total shares passed to the Verizon shareholders as shown on the record date in connection with the spin.

We asked Idearc for evidence of the stock ownership by Verizon in Idearc between the date of the incorporation of VDDC/Idearc up until the closing of the spin in November and have been told there is nothing--no stock register, no stock certificate, no evidence of payment, no wire transfer, no cancelled check, nothing. I am copying Joe Garza with this to make sure I am not misinformed. Joe suggested that we contact Verizon.

I would have thought that this documentation (if it exists) would have been produced in connection with the state court proceeding. If it was, we cannot seem to locate it.

I am told that our outstanding document requests also reach this, and the time for production is more than due.

Would you kindly check and see what direct, as opposed to secondary, evidence exists in your client's files (including Debevoise and any other lawyers) demonstrating Verizon's ownership of VDDC/Idearc during the period in question. Can you shoot me a copy? I am interested in seeing a copy of the share certificate, stock register or equivalent, and proof of payment or grant of other consideration prior to the contribution of assets. Can I get this this week?

Thanks,

Werner

**haynes**boone
**Werner A. Powers**
Partner
werner.powers@haynesboone.com
**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673
(t) 214.651.5581
(f) 214.200.0662
vCard | Bio | Website

# EXHIBIT A-4

**From:** Garza, Joe [mailto:Joe.Garza@supermedia.com]
**Sent:** Thursday, September 22, 2011 2:22 PM
**To:** Powers, Werner A.; Nicholas A. Foley Esq.
**Cc:** Ray.Guy@weil.com; paige.montgomery@weil.com; Bruce W. Collins; Todd A. Murray
(tmurray@ccsb.com)
**Subject:** VDDC Stock Certificate Number 1

Our assistant secretary was cleaning out a closet and found a copy of this stock
certificate that I believe you both were looking for.
I am providing to both parties as a supplement to our subpoena response.

**Joe A. Garza, Jr.**
Vice President - Associate General Counsel
SuperMedia LLC
joe.garza@supermedia.com
**T:** 972.453.7160  **M:** 817.602.5815  **F:** 877.238.9014
**www.supermedia.com**

 

 

